**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-7277**

—————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

TECARLOS DERILLE SMITH,

              Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (7:04-cr-00040-FL-1)

—————

Submitted:  September 10, 2009     Decided:  September 16, 2009

—————

Before KING, DUNCAN, and AGEE, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Tecarlos Derille Smith, Appellant Pro Se. Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tecarlos Derille Smith appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Smith</u>, No. 7:04-cr-00040-FL-1 (E.D.N.C. July 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>